IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

J.S. HAREN COMPANY                                                                    PLAINTIFF

V.                                       NO.  6:17-CV-06083

FAIRFIELD SERVICE COMPANY
OF INDIANA, LLC                                                                       DEFENDANT

## JUDGMENT

For the reasons set forth in the Findings of Fact and Conclusions of Law, it is HEREBY ORDERED AND ADJUDGED that Plaintiff, J.S. Haren Company, should have and recover of and from Defendant, Fairfield Service Company of Indiana, LLC, judgment in the amount of $180,000.  Each party to bear its own costs.

**IT IS SO ORDERED**, this 12th day of September 2019.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U. S. DISTRICT JUDGE**